# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Hayden, Katharine S. | US District Court - DNJ | 04/06/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Article III Judge - Senior Status | ☐ Nomination   Date  <br> ☐ Initial   ☑ Annual   ☐ Final | 01/01/2020 <br> **to** <br> 12/31/2020 |
|  | 5b. ☐ Amended Report |  |

**7. Chambers or Office Address**

United States District Court
USPO & Courthouse Building
Newark, New Jersey 07101

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 1/20-12/20 | Partner, Law Firm - Pashman Stein Walder Hayden PC, Hackensack, NJ |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hayden, Katharine S. | 04/06/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hayden, Katharine S.** | 04/06/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. BROKERAGE ACCOUNT #1 (H) | | | | | | | | | |
| 2. - Arbor Realty Trust Inc. Common Stock | A | Dividend | J | T | Buy<br>(add'l) | 10/30/20 | J | | |
| 3. - Consolidated Edison Inc. Common Stock | A | Dividend | K | T | | | | | |
| 4. - Duke Energy Corp New Common Stock | A | Dividend | K | T | | | | | |
| 5. - Enterprise Prods Partners LP Common Stock | | None | K | T | Buy<br>(add'l) | 03/02/20 | J | | |
| 6. | | | | | Buy<br>(add'l) | 10/02/20 | J | | |
| 7. - GlaxoSmithKline PLC SP ADR Common Stock | A | Dividend | J | T | | | | | |
| 8. - Kimberly Clark Corp. Common Stock | A | Dividend | K | T | | | | | |
| 9. - JP Morgan Chase & Co. Common Stock | B | Dividend | K | T | | | | | |
| 10. - Pfizer Inc. Common Stock | A | Dividend | K | T | | | | | See Note in Part VIII |
| 11. - Sasol Ltd., Spons. ADR Common Stock | | None | | | Sold | 10/30/20 | J | | |
| 12. - Walt Disney Co. Common Stock | A | Dividend | K | T | | | | | |
| 13. - Essential Utilities Inc. Common Stock (formerly Aqua America Inc.) | A | Dividend | K | T | | | | | See Note in Part VIII |
| 14. - AT&T Inc. Common Stock | A | Dividend | K | T | Buy<br>(add'l) | 09/28/20 | J | | |
| 15. - Honeywell Intl Inc. Common Stock | A | Dividend | L | T | | | | | |
| 16. - Microsoft Corp Common Stock | A | Dividend | M | T | | | | | |
| 17. -Procter & Gamble Co. Common Stock | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hayden, Katharine S. | 04/06/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. - Wal-Mart Stores Inc. Common Stock | A | Dividend | J | T | | | | | |
| 19. - CVS Caremark Corp. Common Stock | A | Dividend | J | T | Buy<br>(add'l) | 10/27/20 | J | | |
| 20. - McDonalds Corp Common Stock | A | Dividend | K | T | | | | | |
| 21. - Wells Fargo & Co Common Stock | A | Dividend | J | T | | | | | |
| 22. - Bristol Myers Squibb Co. Common Stock | A | Dividend | K | T | Buy<br>(add'l) | 09/01/20 | J | | |
| 23. | | | | | Buy<br>(add'l) | 12/14/20 | J | | |
| 24. - Conagra Foods Inc. Common Stock | A | Dividend | J | T | | | | | |
| 25. - Deere & Co. Common Stock | A | Dividend | L | T | | | | | |
| 26. - General Electric Co. Common Stock | A | Dividend | J | T | | | | | |
| 27. - Kellogg Co. Common Stock | A | Dividend | J | T | | | | | |
| 28. - Mondelez Intl Inc. Common Stock | A | Dividend | J | T | | | | | |
| 29. - Nustar Energy LP Common Stock | | None | J | T | | | | | |
| 30. - Parker-Hannifin Corp. Common Stock | A | Dividend | L | T | | | | | |
| 31. - Philip Morris Intl Inc. Common Stock | B | Dividend | K | T | | | | | |
| 32. - Quanta Services Inc. Common Stock | A | Dividend | K | T | | | | | |
| 33. - Raytheon Company Common Stock | A | Dividend | | | Merged<br>(with line 86) | 04/03/20 | K | | See Note in Part VIII |
| 34. - Boeing Co. Common Stock | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hayden, Katharine S.** | 04/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. - Public Service Enterprise Grp Common Stock | A | Dividend | J | T | | | | | |
| 36. - NJ Higher Ed Assistant Auth Bond | A | Interest | | | Redeemed (part) | 01/03/20 | J | | |
| 37. | | | | | Redeemed | 06/02/20 | J | | |
| 38. - Emerson Electric Co Common Stock | A | Dividend | K | T | | | | | |
| 39. - Nucor Corp Common Stock | A | Dividend | K | T | | | | | |
| 40. - Morgan Stanley Bank NA Bank Deposit Program | A | Interest | L | T | | | | | |
| 41. - Eaton Corp. PLC SHS Common Stock | A | Dividend | K | T | | | | | |
| 42. - Weyerhauser Co. Common Stock | A | Distribution | K | T | | | | | |
| 43. - Xylem Inc. Common Stock | A | Dividend | L | T | | | | | |
| 44. - Apple Inc. Common Stock | A | Dividend | K | T | | | | | See Note in Part VIII |
| 45. - BP PLC ADS Common Stock | A | Dividend | J | T | Buy (add'l) | 02/11/20 | J | | |
| 46. - Timken Co Common Stock | A | Dividend | K | T | | | | | |
| 47. - Puerto Rico Elec Pwr Auth Rev Ref Ser-MM Bond | B | Interest | K | T | | | | | |
| 48. - Conoco Phillips Common Stock | A | Dividend | J | T | | | | | |
| 49. - Exelon Corp. Common Stock | A | Dividend | J | T | | | | | |
| 50. - John Hancock Bk & Thrift Fund | A | Dividend | J | T | | | | | |
| 51. | A | Distribution | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hayden, Katharine S.** | 04/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | - Merck & Co Inc Common Stock | A | Dividend | J | T | | | | | |
| 53. | - Steel Dynamics Inc Common Stock | A | Dividend | K | T | Buy<br>(add'l) | 12/14/20 | J | | |
| 54. | - Aerie Pharmaceuticals Inc. Common Stock | | None | J | T | | | | | |
| 55. | - Quotient Ltd Shs Common Stock | | None | J | T | Buy<br>(add'l) | 02/11/20 | J | | |
| 56. | | | | | | Buy<br>(add'l) | 02/12/20 | J | | |
| 57. | - Cypress Semiconductor Common Stock | A | Dividend | | | Sold | 04/17/20 | K | D | |
| 58. | | A | Distribution | | | | | | | |
| 59. | - Global Blood Therapeutics Common Stock | | None | K | T | Buy<br>(add'l) | 02/25/20 | J | | |
| 60. | - Sabre Corporation Common Stock | A | Distribution | J | T | | | | | |
| 61. | - BASF SE ADR Common Stock | A | Dividend | J | T | | | | | |
| 62. | - Enbridge Inc Common Stock | B | Dividend | K | T | Buy<br>(add'l) | 12/18/20 | J | | |
| 63. | - Golar Lng Ltd Common Stock | | None | | | Sold | 02/25/20 | J | | |
| 64. | - Kinder Morgan Incorp Common Stock | A | Distribution | J | T | | | | | |
| 65. | - Newell Brands Inc Common Stock | A | Dividend | J | T | | | | | |
| 66. | - Corteva Inc. Common Stock | A | Dividend | J | T | | | | | |
| 67. | - Federated US Trsy Mutual Fund | B | Dividend | M | T | | | | | |
| 68. | - Gladstone Land Corp. Common Stock | A | Distribution | J | T | Buy | 12/16/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. - Granite Constr Inc. Common Stock | A | Dividend | J | T | Buy (add'l) | 11/13/20 | J | | |
| 70. | | | | | Buy (add'l) | 11/18/20 | J | | |
| 71. - Marcus Corp. Common Stock | A | Dividend | J | T | | | | | |
| 72. - Metlife Incorporated Common Stock | A | Dividend | J | T | Buy (add'l) | 08/27/20 | J | | |
| 73. - United Parcel Serv Inc. Cl B Common Stock | A | Dividend | K | T | | | | | |
| 74. - Verizon Communications Common Stock | A | Dividend | J | T | Buy (add'l) | 11/06/20 | J | | |
| 75. - Williams Co Inc. Common Stock | A | Dividend | J | T | Buy (add'l) | 10/07/20 | J | | |
| 76. | A | Distribution | | | | | | | |
| 77. - Alphabet Inc. Common Stock | | None | K | T | | | | | |
| 78. - Amazon Co Inc. Common Stock | | None | K | T | | | | | |
| 79. - Brookfield Ppty Partners LP | | None | J | T | Buy (add'l) | 10/02/20 | J | | |
| 80. - Brookfield Renew Partners LP | | None | K | T | | | | | See Note in Part VIII |
| 81. - Dow Inc Common Stock | | None | | | Sold | 02/25/20 | J | A | |
| 82. - Occidental Petroleum Corp. Common Stock | A | Dividend | | | Sold | 10/07/20 | J | | |
| 83. - Takeda Pharmaceuticals Co. Common Stock | A | Dividend | J | T | Buy (add'l) | 12/14/20 | J | | |
| 84. - Brookfield Renewable Corp Common Stock | A | Dividend | J | T | Spinoff (from line 80) | 07/30/20 | J | | See Note in Part VIII |
| 85. - Magna International Inc. Common Stock | A | Dividend | J | T | Buy | 09/01/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hayden, Katharine S.** | 04/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.   - Raytheon Technologies Corp Common Stock | B | Dividend | L | T | Buy (add'l) | 10/30/20 | J | | See Note in Part VIII |
| 87.   - Science Applications Intl Common Stock | A | Dividend | K | T | Buy | 07/24/20 | J | | |
| 88. | | | | | Buy (add'l) | 09/01/20 | J | | |
| 89. | | | | | Buy (add'l) | 09/28/20 | J | | |
| 90. | | | | | Buy (add'l) | 10/09/20 | J | | |
| 91. | | | | | Buy (add'l) | 10/22/20 | J | | |
| 92.   - Stag Industries Inc. Common Stock | A | Dividend | J | T | Buy | 11/24/20 | J | | |
| 93. | A | Distribution | | | | | | | |
| 94.   - Valero Energy CP Common Stock | A | Dividend | J | T | Buy | 06/30/20 | J | | |
| 95.   - Hannon Armstrong Common Stock | A | Distribution | J | T | Buy | 06/20/20 | J | | |
| 96.   - Carrier Global Corp Common Stock | | None | J | T | Buy | 11/13/20 | J | | |
| 97.   - Nextera Energy Inc. Common Stock | | None | J | T | Buy | 12/14/20 | J | | |
| 98.   - Toronto Donimnion Bank Common Stock | | None | J | T | Buy | 10/22/20 | J | | |
| 99. | | | | | Buy (add'l) | 11/13/20 | J | | |
| 100.  - Truist Financial Corp Common Stock | | None | J | T | Buy | 12/17/20 | J | | |
| 101. | | | | | Buy (add'l) | 12/18/20 | J | | |
| 102.  - Viatris Inc. Common Stock | | None | J | T | Spinoff (from line 10) | 11/13/20 | J | | See Note in Part VIII |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hayden, Katharine S. | 04/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103.  - Vontier Corp Common Stock | | None | J | T | Buy | 11/06/20 | J | | |
| 104. | | | | | Buy<br>(add'l) | 11/18/20 | J | | |
| 105.  BROKERAGE ACCOUNT #3 (H) | | | | | | | | | |
| 106.  - Morgan Stanley Bank NA | A | Interest | N | T | | | | | |
| 107. | | | | | | | | | |
| 108.  IRA ACCOUNT (H) | | | | | | | | | |
| 109.  - Morgan Stanley Bank NA Cash Account | A | Interest | J | T | | | | | |
| 110.  - Altria Group Inc. Common Stock | A | Dividend | J | T | Buy<br>(add'l) | 09/28/20 | J | | |
| 111.  - Bank of New York Mellon Corp Common Stock | A | Dividend | J | T | | | | | |
| 112.  - Truist Finl Corp. formerly BB&T Corp Common Stock | A | Dividend | J | T | Buy<br>(add'l) | 12/17/20 | J | | |
| 113.  - Cisco Sys Inc Common Stock | A | Dividend | J | T | | | | | |
| 114.  - Cubesmart Common Stock | A | Dividend | J | T | | | | | |
| 115.  - Emerson Electric Co Common Stock | A | Dividend | J | T | | | | | |
| 116.  - Kinder Morgan Incorp Common Stock | A | Dividend | | | Sold | 07/24/20 | J | | |
| 117.  - Marathon Petroleum Corp Common Stock | A | Dividend | J | T | | | | | |
| 118.  - Merck & Co Inc Common Stock | A | Dividend | J | T | | | | | |
| 119.  - Metlife Incorporated Common Stock | A | Dividend | J | T | Buy<br>(add'l) | 08/27/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hayden, Katharine S. | 04/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120.  - Novo Nordisk A.S ADR Common Stock | A | Dividend | J | T | | | | | |
| 121.  - Old Republic Intl CP Common Stock | A | Dividend | J | T | | | | | |
| 122.  - Paypal Hldgs Inc Common Stock | | None | K | T | | | | | |
| 123.  - Pfizer Inc Common Stock | A | Dividend | J | T | | | | | See Note in Part VIII |
| 124.  - Qualcomm Inc Common Stock | A | Dividend | J | T | | | | | |
| 125.  - Toronto Dom Bk New Common Stock | A | Dividend | J | T | Buy<br>(add'l) | 10/22/20 | J | | |
| 126. | | | | | Buy<br>(add'l) | 11/13/20 | J | | |
| 127.  - US Bancorp New Common Stock | A | Dividend | J | T | | | | | |
| 128.  - Unilever PLC Common Stock | A | Dividend | J | T | | | | | |
| 129.  - Wells Fargo & Co New Common Stock | A | Dividend | J | T | | | | | |
| 130.  - Weyerhaeuser Co Common Stock | A | Dividend | J | T | Buy<br>(add'l) | 11/18/20 | J | | |
| 131.  - AT&T Common Stock | A | Dividend | J | T | Buy<br>(add'l) | 09/28/20 | J | | |
| 132.  - Bristol Myers Squibb Co Common Stock | A | Dividend | K | T | | | | | |
| 133.  - Cypress Semiconductor Common Stock | A | Dividend | | | Redeemed | 04/17/20 | J | D | |
| 134.  - Gladstone Land Corp Common Stock | A | Dividend | J | T | Buy<br>(add'l) | 12/16/20 | J | | |
| 135.  - John Hancock Financial Opps Fd | A | Dividend | J | T | | | | | |
| 136.  - Hannon Armstrong Sys Info Common<br>Stock | A | Dividend | K | T | Buy<br>(add'l) | 06/04/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hayden, Katharine S.** | 04/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137.   - Nucor Corp Common Stock | A | Dividend | J | T | | | | | |
| 138.   - Permian Basin Rlty Uni BI Common Stock | A | Distribution | J | T | | | | | |
| 139.   - Sabre Corporation Common Stock | A | Dividend | J | T | | | | | |
| 140.   - San Juan Basin Rty Tr UBI Common Stock | A | Distribution | J | T | | | | | |
| 141.   - Tallgrass Energy Gp, LP Common Stock | | None | | | Redeemed | 04/20/20 | J | | |
| 142.   - Templeton Eng Mkt Incm Fd | A | Dividend | J | T | | | | | |
| 143.   - Proctor & Gamble Common Stock | A | Dividend | J | T | | | | | |
| 144.   - BP LLC ADS Common Stock | A | Dividend | J | T | Buy<br>(add'l) | 02/11/20 | J | | |
| 145.   - Enbridge Inc Common Stock | B | Dividend | K | T | | | | | |
| 146.   - Newell Brands Inc Common Stock | A | Dividend | J | T | | | | | |
| 147.   - BASF SE SP ADR Common Stock | A | Dividend | J | T | | | | | |
| 148.   - Natl Fuel Gas Co Common Stock | A | Dividend | J | T | | | | | |
| 149.   - Annaly Capital Mgmt Common Stock | A | Dividend | J | T | | | | | |
| 150.   - Brookfield Ppty Partners LP | A | Int./Div. | J | T | | | | | |
| 151. | A | Distribution | | | | | | | |
| 152.   - Brookfield Renew Partners LP | A | Int./Div. | K | T | | | | | See Note in Part VIII |
| 153. | A | Distribution | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hayden, Katharine S.** | 04/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154.   - Dow Inc. Common Stock | A | Dividend | | | Sold | 12/16/20 | J | | |
| 155.   - Dupont De Nemours Common Stock | A | Dividend | | | Sold | 12/16/20 | J | | |
| 156.   - Tesla Inc. Common Stock | | None | K | T | | | | | See Note in Part VIII |
| 157.   - William Co. Common Stock | A | Dividend | J | T | | | | | |
| 158.   - Federated US Trsy Mutual Fund | A | Dividend | L | T | Sold<br>(part) | 11/02/20 | K | | |
| 159.   - Lumen Technologies Common Stock<br>(formerly Century Link Inc) | A | Dividend | J | T | Buy<br>(add'l) | 10/09/20 | J | | See Note in Part VIII |
| 160.   - Aflac Incorporated Common Stock | A | Dividend | J | T | Buy | 08/27/20 | J | | |
| 161.   - Brookfield Renewable Corp Common<br>Stock | A | Dividend | J | T | Spinoff<br>(from line 152) | 07/30/20 | J | | See Note in Part VIII |
| 162.   - Corteva Inc. Common Stock (X) | A | Dividend | J | T | | | | | |
| 163.   - Granite Constr Inc. Common Stock | | None | J | T | Buy | 11/18/20 | J | | |
| 164. | | | | | Buy<br>(add'l) | 12/14/20 | J | | |
| 165.   - Iron Mountain Inc. Common Stock | A | Dividend | J | T | Buy | 06/04/20 | J | | |
| 166.   - Kraft Heinz Co. Common Stock | | None | J | T | Buy | 12/17/20 | J | | |
| 167.   - Magna Intl Inc. Common Stock | A | Dividend | J | T | Buy | 09/01/20 | J | | |
| 168.   - Science Application Intl Common Stock | A | Dividend | K | T | Buy | 05/25/20 | J | | |
| 169. | | | | | Buy<br>(add'l) | 07/24/20 | J | | |
| 170. | | | | | Buy<br>(add'l) | 10/09/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171.  - Stag Indl Inc Common Stock | A | Dividend | J | T | Buy | 11/24/20 | J | | |
| 172.  - Unumprovident Corp Common Stock | | None | J | T | Buy | 05/26/20 | J | | |
| 173.  - Valero Energy Common Stock | | None | J | T | Buy | 06/30/20 | J | | |
| 174.  - Verizon Communications Common Stock | | None | J | T | Buy | 11/10/20 | J | | |
| 175.  - Western Digital Corp Common Stock | | None | J | T | Buy | 07/24/20 | J | | |
| 176.  - Viatris Inc. Common Stock | | None | | | Spinoff<br>(from line 123) | 11/13/20 | J | | See Note in Part VIII |
| 177. | | | | | Sold | 11/24/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hayden, Katharine S.** | 04/06/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Lines 10 and 102 - Due to a spinoff on 11/.13/2020, holders of Pfizer stock received approximately 0.124079 shares of Viatris common stock for every share of Pfizer common stock; fractional shares were sold.

Part VII, Lines 13 - Aqua America Inc. changed its name effective 2/3/2020 to Essential Utilities Inc.

Part VII, Lines 33 and 86 - Due to a merger each share of Raytheon common stock were coverted to 2.3348 shares of United Technologies common stock. Upon closing of the merger, United Technologies changed its name to Raytheon Technologies Corporation..

Part VII, Line 44 - Apple Inc.common stock split 4 for 1 on 08/31/2020..

Part VII, Lines 80 and 84 - Brookfield Renewable Partners LP stock split 1251 shares of Brookfield Renewable Corp. for 1000 shares of Brookfield Renewarble Partners LP on 7/30/2020; fractional shares sold.

Part VII, Lines 80 - Brookfield Renewable Partners LP stock split 3 for 2 on 12/14/2020.

Part VII, Line 84 - Brookfield Renewable Corp. stock split 3 for 2 on 12/14/2020.

Part VII, Lines 123 and 176 - Due to a spinoff on 11/.13/2020, holders of Pfizer stock received approximately 0.124079 shares of Viatris common stock for every share of Pfizer common stock; fractional shares were sold.

Part VII, Lines 152 and 161 - Brookfield Renewable Partners LP stock split 1251 shares of Brookfield Renewable Corp. for 1000 shares of Brookfield Renewarble Partners LP on 7/30/2020; fractional shares sold.

Part VII, Lines 152 - Brookfield Renewable Partners LP stock split 3 for 2 on 12/14/2020.

Part VII, Line 156 - Tesla stock split 5 for 1 on 8/11/2020.

Part VII, Line 159 - CenturyLink Inc. changed its name to Lumen Technologies on 9/14/2020

Part VII, Line 161 - Brookfield Renewable Corp. stock split 3 for 2 on 12/14/2020.

| Name of Person Reporting | Date of Report |
|---|---|
| Hayden, Katharine S. | 04/06/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

**Signature:** s/ **Katharine S. Hayden**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544